UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-00001 |
| | ) | JUDGE SHARP |
| JOEL PADRON-SIFUENTES | ) | |

**O R D E R**

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, June 23, 2015, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE